JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**EPIFANIO TAPIAS**,

Plaintiff,

vs.

**BROOKE RODD DESIGNS, LLC; ARK WONG**; and DOES 1 to 10,

Defendants.

Case No.: **2:26-cv-07219-PA (BFMx)**

**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION**

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice.

SO ORDERED.

DATED: August 31, 2026

Percy Anderson
United States District Judge